# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STREAM TV NETWORKS, INC., | ) | Case No. 21-10848 (KBO) |
| | ) | |
| Alleged Debtor. | ) | **Related to D.I. 5** |
| _____ | ) | |

**ORDER GRANTING EMERGENCY MOTION OF SEECUBIC, INC.
AND SLS HOLDINGS VI, LLC FOR AN ORDER DISMISSING
INVOLUNTARY CHAPTER 7 CASE**

Upon consideration of the *Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Involuntary Chapter 7 Case* [D.I. 5] (the "Motion to Dismiss"), and all briefing, evidence, and argument in support of and in opposition to the Motion to Dismiss; it is **HEREBY ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth on the record by the Court on June 10, 2021:

1. The above-captioned involuntary chapter 7 case of Stream TV Networks, Inc. ("Stream") is hereby dismissed.

2. The dismissal shall be with prejudice and prohibit the commencement of future chapter 11 or chapter 7 cases of Stream until one year from the date of this Order.

3. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: June 10, 2021
Wilmington, Delaware

_____
KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

# Notice Recipients

District/Off: 0311−1                   User: admin                   Date Created: 6/10/2021
Case: 21−10848−KBO                     Form ID: pdfodc               Total: 29

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Alissa Brice Castaneda | Alissa.Castaneda@quarles.com |
| aty | Brenna Anne Dolphin | bdolphin@polsinelli.com |
| aty | Brittany S Ogden | brittany.ogden@quarles.com |
| aty | Carl Tullson | carl.tullson@skadden.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | David L Going | dgoing@armstrongteasdale.com |
| aty | Davis Lee Wright | dwright@rc.com |
| aty | Gabriel M. Hartsell | gabriel.hartsell@quarles.com |
| aty | Jason M. Liberi | jason.liberi@skadden.com |
| aty | John Daniel McLaughlin, Jr. | jmclaughlin@ferryjoseph.com |
| aty | Jonathan M. Stemerman | JStemerman@atllp.com |
| aty | Joseph O. Larkin | Joseph.Larkin@skadden.com |
| aty | Rafael Xavier Zahralddin−Aravena | rzahralddin@atllp.com |
| aty | Rosa Sierra | rosa.sierra@usdoj.gov |
| aty | Shanti M. Katona | skatona@polsinelli.com |

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| adb | Stream TV Networks, Inc.    2009 Chestnut Street    3rd Floor    Philadelphia, PA 19103 |
| ptcrd | Jamuna Travels, Inc.    Reji Abraham    6439 Market Street    Upper Darby, PA 19082 |
| ptcrd | Walsh CHB, Inc.    189 Sunrise Highway    Suite 302    Rockville Centre, NY 11570 |
| ptcrd | Rembrandt 3D Holding Ltd.    Stephen Blumenthal    128 Bull Hill Road    Newfield, NY 14867 |
| aty | David Going    ARMSTRONG TEASDALE LLP    7700 Forsyth Boulevard    Suite 1800    St. Louis, MO 63105 |
| aty | Eben P. Colby    Skadden, Arps, Slate, Meagher & Flom LLP    500 Boylston Street    Boston, MA 02116 |
| aty | John A. Sten    ARMSTRONG TEASDALE LLP    800 Boylston Road    16th Floor    Boston, MA 02199 |
| aty | John A. Sten    Armstrong Teasdale LLP    800 Boylston Road, 16th Floor    Boston, MA 02119 |
| aty | Marley Ann Brumme    Skadden, Arps, Slate, Meagher & Flom LLP    500 Boylston Street    23rd Floor    Boston, MA 02116 |
| aty | Maxwell Feit    Armstrong Teasdale LLP    800 Boylston Road, 16th Floor    Boston, MA 02119 |
| aty | Michael Brice Galen    Quarles & Brady LLp    One Renaissance Square    Two North Central Avenue    Phoenix, AZ 85004 |
| aty | Shanti M. Katona    Polsinelli PC    222 Delaware Avenue, Suite 1101    Wilmington, DE 19801 |

TOTAL: 12