*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stream TV Networks, Inc. and Technovative Media, Inc.<br>    Debtor(s) | Case No. 23–10763–djb<br>Chapter 11 |
| William A. Homony<br>    Plaintiff(s) | Adversary No. 25–00138–djb |
| v. | |
| Rembrandt 3D Holding Ltd., et al.<br>    Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before June 2, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before June 5, 2025.

    Address of the clerk

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

    STEVEN M. COREN
    Coren & Ress, P.C.
    2001 Market Street
    Two Commerce Square
    Suite 3900
    Philadelphia, PA 19103

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: May 1, 2025