# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Bky Case No. 23-10763 (DJB)<br>(Jointly Administered) |
| William A. Homony, in his capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks Inc and Technovative Media Inc.<br><br>*Plaintiff,*<br>v.<br><br>Rembrandt 3D Holding Ltd.,<br>Visual Semiconductor Inc, Mathu Rajan,<br>Raja Rajan, and Brown and Michaels PC,<br><br>*Defendants.* | Adversary No. 25-00138-djb |

## NOTICE OF STIPULATION OF SUBSTITUTION OF COUNSEL

Please take notice that Akerman LLP ("Akerman") and Leif M Clark of Leif M Clark Consulting ("Leif Clark") hereby withdraws as counsel to Visual Semiconductor Inc ("VSI") in the above-captioned case. Attorneys Donald N. David, Mark S. Lichtenstein, R. Adam Swick, and John H. Thompson of Akerman, and Leif Clark should be removed from all service lists, including the court's electronic notification lists, in the above-captioned case.

Please take further notice that Matthew B. Weisberg, Esq., L. Anthony DiJiacomo, III, Esq. and Gary Schafkopf, Esq, of Weisberg Law (collectively, "Weisberg") hereby substitutes their appearances as to VSI in the above-captioned case. Attorneys Matthew B. Weisberg, L. Anthony

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

81494816;2

DiJiacomo, III, and Gary Schafkopf should be added to all service lists, including the court's electronic notification list, in the above-captioned case with the following contact information:

>**WEISBERG LAW**
>Matthew B. Weisberg, Esq.
>L. Anthony DiJiacomo, III, Esq.
>Gary Schafkopf, Esq.
>7 S Morton Avenue
>Morton, PA 19070
>Telephone:    (610) 690-0801
>Facsimile:     (610) 690-0880
>mweisberg@weisberglawoffices.com
>adijiacomo@weisberglawoffices.com
>gschafkopf@weisberglawoffices.com

Dated: May 22, 2025                                                          Respectfully submitted,

AKERMAN LLP                                                                  WEISBERG LAW


 /s/ R. Adam Swick                                                            /s/ Matthew B. Weisberg
Donald N. David, SBN: 304846                                                 Matthew B. Weisberg
Mark S. Lichtenstein (Admitted *Pro Hac Vice*)                               L. Anthony DiJiacomo, III
1251 Avenue of the Americas                                                  Gary Schafkopf
37th Floor                                                                   7 S Morton Avenue
New York, NY 10020                                                           Morton, PA 19070
Telephone: (212) 880-3800                                                    Telephone:    (610) 690-0801
Facsimile: (212) 880-8965                                                    Facsimile:     (610) 690-0880
Email: donald.david@akerman.com                                              mweisberg@weisberglawoffices.com
         mark.lichtenstein@akerman.com                                       adijiacomo@weisberglawoffices.com
-and-                                                                        gschafkopf@weisberglawoffices.com

R. Adam Swick (Admitted *Pro Hac Vice*)                                      ***New Counsel of Record for Visual***
500 West 5th Street, Suite 1210                                              ***Semiconductor Inc.***
Austin, TX  78701
Telephone: (737) 999-7103
Facsimile:  (512) 623-6701
Email: adam.swick@akerman.com

-and-

John H. Thompson *(*Admitted *Pro Hac Vice)*
750 Ninth Street, N.W. 750
Washington, D.C. 20001
Telephone: (202) 824-1760
Facsimile:  (202) 393-5959
Email: john.thompson@akerman.com

-and –

Leif M Clark (Admitted *Pro Hac Vice*)
Leif M Clark Consulting PLLC
115 Bonner
Houston, TX 77007
Telephone: (210) 663-5183
Email: lmclarak@leifmclark.com

*Withdrawing Counsel of Visual Semiconductor Inc*

## CERTIFICATE OF SERVICE

      I certify that on May 22, 2025, I caused the attached **NOTICE OF STIPULATION OF SUBSTITUTION OF COUNSEL** to be electronically filed with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, by ECF and one copy of the forementioned document by way of first class mail and/or ECF to those persons listed on the attached service list.

                                                                /s/ R. Adam Swick
                                                                R. Adam Swick