# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| William A. Homony, in his capacity as | : | |
| Chapter 11 Trustee of the Bankruptcy | : | |
| Estates of Stream TV Networks Inc. | : | |
| and Technovative Media Inc. | : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., | : | |
| Visual Semiconductor Inc., Mathu Rajan, | : | |
| Raja Rajan, and Brown and Michaels PC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **STIPULATION**

AND NOW, this _____ day of _____, 2025, it is hereby stipulated and agreed, by and between all pertinent parties, by and through their undersigned counsel, that Defendants, Visual Semiconductor, Inc. and Mathu Rajan, shall have until June 16, 2025, within which to respond or otherwise plead to the above-captioned adversary complaint.

WEISBERG LAW

/s/ Matthew B. Weisberg             /s/ Michael Vagnoni
Matthew B. Weisberg, Esquire        Michael Vagnoni, Esquire
Attorney for Defendants

      **AND IT IS SO ORDERED.**

_____
J.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| William A. Homony, in his capacity as | : | |
| Chapter 11 Trustee of the Bankruptcy | : | |
| Estates of Stream TV Networks Inc. | : | |
| and Technovative Media Inc. | : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., | : | |
| Visual Semiconductor Inc., Mathu Rajan, | : | |
| Raja Rajan, and Brown and Michaels PC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 30th day of May, 2025, a true and correct copy of the foregoing Stipulation was served, upon all counsel via ECF.

                  WEISBERG LAW

                  /s/ Matthew B. Weisberg
                  Matthew B. Weisberg, Esquire
                  Attorney for Defendants
                  7 South Morton Avenue
                  Morton, PA 19070
                  610-690-0801
                  610-690-0880 (FAX)
                  MWeisberg@WeisbergLawOffices.com