**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Stream TV Networks, Inc., *et al*. | ) ) | Bankruptcy No. 23-10763 (DJB) |
| Debtors. | ) | |
| William A. Homony, in his Capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks, Inc. and Technovative Media, Inc. | ) ) ) ) ) ) | Adv. No. 25-00138- (DJB) |
| Plaintiff | ) | |
| v. | ) | |
| Rembrandt 3D Holding Ltd., Visual Semiconductor, Inc., Mathu Rajan, **Raja Rajan,** and Brown and Michaels, P.C., Defendants. | ) ) ) ) ) ) | |

**NOTICE OF MOTION**

**RAJA RAJAN'S MOTION FOR SANCTIONS PURSUANT TO BANKRUPTCY RULE 9011, FED. R. CIV. P. 11, 28 U.S.C. § 1927, AND <u>THE COURT'S INHERENT AUTHORITY</u>**

TO: All Creditors and Parties in Interest

**PLEASE TAKE NOTICE** that on June 3, 2025 (refiled), Raja Rajan (Defendant in Adversary Action and Unsecured Creditor, (the "Movant") filed a **MOTION FOR SANCTIONS** (the "Motion") in the above-captioned Chapter 11 case. The Motion seeks an order from the Court directing the Chapter 11 Trustee, William Homony to be sanctioned and awarding other relief for not having a good faith basis to sue Raja Rajan as to the **adversary action.**

**HEARING ON THE MOTION**

A hearing on the Motion will be held before the Honorable Judge Derek J. Baker, United States Bankruptcy Judge, on:

**Date:** 7/1/2023
**Time:** 1:00
**Location:** Zoom video conference or United States Bankruptcy Court
Eastern District of Pennsylvania
Example: 900 Market Street, Philadelphia, PA 19107
Courtroom No. 2. Or Zoom video conference

**OBJECTIONS OR RESPONSES**

Any party wishing to oppose the relief requested in the Motion must file a written response with the Clerk of the Bankruptcy Court and serve a copy on the undersigned counsel **at least seven (7) days before the hearing date**, in accordance with Local Bankruptcy Rule 9014-3.

If no response is timely filed and served, the Court may grant the relief requested in the Motion without further notice or hearing.

**Dated:** June 3, 2025

        **Respectfully submitted,**
        /s/
        Raja Rajan, Esquire
        Unsecured Creditor and Defendant in
        Adversary Proceeding
        *Pro Se*

## CERTIFICATE OF SERVICE

I, Raja Rajan, certify that I caused the filing of the aforementioned and each party in interest was notified by the Court's system.

\_\_\_/s/_____
Raja Rajan
Unsecured Creditor and Defendant in Adversary Action