IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| William A. Homony, in his capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks Inc. and Technovative Media Inc. | : : : : : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., Visual Semiconductor Inc., Mathu Rajan, Raja Rajan, and Brown and Michaels PC, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION

AND NOW, this ___3rd___ day of _____June_____, 2025, it is hereby stipulated and agreed, by and between all pertinent parties, by and through their undersigned counsel, that Defendants, Visual Semiconductor, Inc. and Mathu Rajan, shall have until June 16, 2025, within which to respond or otherwise plead to the above-captioned adversary complaint.

WEISBERG LAW

/s/ Matthew B. Weisberg                                        /s/ Michael Vagnoni
Matthew B. Weisberg, Esquire                              Michael Vagnoni, Esquire
Attorney for Defendants

**AND IT IS SO ORDERED.**

_____
Judge Derek J. Baker