# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al.* | **Bankruptcy No. 23-10763 (DJB)** |
| **Debtors.** | **(Jointly Administered)** |
| **William A. Homony, in his Capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks, Inc. and Technovative Media, Inc.** | **Adv. No. 25-00138 (DJB)** |
| **Plaintiff** | Re: Adv. D.I. No. 17 |
| **v.** | |
| **Rembrandt 3D Holding Ltd., et al.,** | |
| **Defendants.** | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Raja Rajan's Motion for Sanctions [Adv. D.I. No. 17], and the Trustee's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE