# EXHIBIT 2

**From:** dan@streamacquisitiongroup.com <dan@streamacquisitiongroup.com>
**Sent:** Thursday, February 11, 2021 11:40 AM EST
**To:** Aaronson, Anne M. <aaaronson@dilworthlaw.com>; Weis, Martin J. <mweis@dilworthlaw.com>
**CC:** mathu@streamacquisitiongroup.com <mathu@streamacquisitiongroup.com>
**Subject:** RE: 105(a) filing

OK. The subsidiaries are those listed in the DFDM we submitted to you earlier.

We will get you the info for the employees. Definitely included are Mathu and Raja Rajan.

---

**From:** Aaronson, Anne M. <aaaronson@dilworthlaw.com>
**Sent:** Wednesday, February 10, 2021 12:11 PM
**To:** 'dan@streamacquisitiongroup.com' <dan@streamacquisitiongroup.com>; Weis, Martin J. <mweis@dilworthlaw.com>
**Cc:** mathu@streamacquisitiongroup.com
**Subject:** RE: 105(a) filing

Dan – Larry told us about that. It isn't a "first day" pleading, but is on our radar. We'll need a list of all of the subsidiaries and individuals who are critical to Stream's reorganization, their roles/involvement with respect to Stream's reorganization, and the action being taken/threatened by Shad/Seecubic as to each. Thanks.

Anne

**ANNE AARONSON |DILWORTH PAXSON LLP**
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7110 | Fax: (215) 575-7200
aaaronson@dilworthlaw.com |www.dilworthlaw.com

---

**From:** dan@streamacquisitiongroup.com [mailto:dan@streamacquisitiongroup.com]
**Sent:** Wednesday, February 10, 2021 12:51 PM
**To:** Aaronson, Anne M.; Weis, Martin J.
**Cc:** mathu@streamacquisitiongroup.com
**Subject:** 105(a) filing

Anne and Marty,

Mathu and Larry spoke after our call this AM about the Stream foreign and domestic subsidiaries. Larry suggested that you prepare something called a Form 105(a) filing with the intent of protecting our subsidiaries from takeover by Shad/Seecubic, Inc.. He suggested that you also maybe include Mathu and Raja, and maybe even other employees, in this filing.

If you have questions, I suggest that you speak with Larry on the matter.

Thanks.

Dan

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email:postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.