# EXHIBIT 3

**From:** RAJA RAJAN <7raja.rajan7@gmail.com>
**Sent:** Saturday, March 27, 2021 11:16 AM EDT
**To:** Weis, Martin J. <mweis@dilworthlaw.com>
**CC:** amanda@streamacquisitiongroup.com <amanda@streamacquisitiongroup.com>; bud@streamacquisitiongroup.com <bud@streamacquisitiongroup.com>; Mathu Rajan <mathu@streamacquisitiongroup.com>; Daniel Rink <stanrink@aol.com>
**Subject:** Re: 341 Appearance?

Very helpful. Do you have thoughts on 8? I "think" shads position and confirmation motivated bankruptcy -to avoid trade payables, employees and shareholders from getting screwed.

Is that relevant in contact that under Shads alleged foreclosure a lot of people other than shareholders are getting nothing. Is that relevant?

We can discuss in more detail on Monday at the prep session, but see the answers below in red.
Please do not forward

**MARTIN J. WEIS | DILWORTH PAXSON LLP**
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7136 | Fax: (215) 575-7200
mweis@dilworthlaw.com | www.dilworthlaw.com

Marty-

On an internal call we had we came up with the below questions in reference to the 341 meeting:

ATTORNEY CLIENT PRIVILEGE
Questions for Dilworth

1. Will we have an opening statement? No, it is a Q and A between Bud and the trustee. The first question, though, might be "why did you file?"
2. What is the role of the Trustee? She will go through the schedules and SOFA and ask questions about the information contained in it. It is typically not a game of gotcha as much as it is to be sure everything is answered completely. If it is incomplete, we can amend. After she is done, she will open it up for questions by creditors for Bud. She will also moderate when it becomes time for Q and A from creditors.
3. How long do we think the 341 meeting last? 1 hour. It can be shorter if
4. Can creditors ask questions about the plan? yes
5. Can we contact creditors and suggest answers consistent with our positions? I don't know why you would want to do that.
6. To what extent can we provide background to creditors? same
7. What is the scope of the 341 meeting? Typically the schedules and statements and what are your intentions for getting out of bankruptcy.
8. Shad's foreclosure and email to us that no liabilities are going to be honored by him and newco.
9. Is secured creditors like Shad or his attorney allowed to ask questions? Yes but they are typically not allowed to ask a lot.
10. Is Shad or his attorney allowed to correct answers of Bud? It depends on whether the UST allows them. This one might.
11. Can employees ask questions? If they are creditors

Best Regards,
Amanda Von Ahnen
856-812-7112

**From:** Weis, Martin J. <mweis@dilworthlaw.com>
**Sent:** Friday, March 26, 2021 2:05 PM
**To:** bud@streamacquisitiongroup.com
**Cc:** raja@streamacquisitiongroup.com; 'Dan Rink' <dan.rink@vti-global.com>; 'Mathu Rajan' <mathu@streamacquisitiongroup.com>; amanda@streamacquisitiongroup.com
**Subject:** RE: 341 Appearance?

In red below

**Martin J. Weis |Dilworth Paxson LLP**
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7136 | Fax: (215) 575-7200
mweis@dilworthlaw.com |www.dilworthlaw.com

---

**From:** bud@streamacquisitiongroup.com [mailto:bud@streamacquisitiongroup.com]
**Sent:** Friday, March 26, 2021 2:04 PM
**To:** Weis, Martin J.
**Cc:** raja@streamacquisitiongroup.com; 'Dan Rink'; 'Mathu Rajan'; amanda@streamacquisitiongroup.com
**Subject:** RE: 341 Appearance?

Hi Marty,

130pm ET Monday is fine. I have copies of the SOFA and all schedules, but I must admit I have had only cursory review as they were being prepared. I assume I'll need to thoroughly digest them?  Correct

How long do you think we'll need on Monday, and who from your side will be there? Just you? Anne or Larry? I'll have Amanda send a Zoom link.   Just me

Best regards,

Bud Robertson
Stream Acquisition Group

---

**From:** Weis, Martin J. <mweis@dilworthlaw.com>
**Sent:** Friday, March 26, 2021 10:59 AM
**To:** bud@streamacquisitiongroup.com
**Cc:** raja@streamacquisitiongroup.com; 'Dan Rink' <dan.rink@vti-global.com>; 'Mathu Rajan' <mathu@streamacquisitiongroup.com>
**Subject:** RE: 341 Appearance?

Would 1:30 ET on Monday work for you?  Also, do you have a copy of the schedules and statements of affairs?

**Martin J. Weis |Dilworth Paxson LLP**
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7136 | Fax: (215) 575-7200
mweis@dilworthlaw.com |www.dilworthlaw.com

---

**From:** bud@streamacquisitiongroup.com [mailto:bud@streamacquisitiongroup.com]
**Sent:** Friday, March 26, 2021 1:38 PM
**To:** Weis, Martin J.
**Cc:** Aaronson, Anne M.; McMichael, Lawrence G.; raja@streamacquisitiongroup.com; 'Dan Rink'; 'Mathu Rajan'
**Subject:** RE: 341 Appearance?

Thanks, Marty. Mornings are usually pretty packed for me, but any time after noon ET Monday or Tuesday should be fine. Perhaps Monday in case we decide additional prep/research is recommended?

Let me know what works for you and I'll accommodate.

Best regards,

Bud Robertson
Stream Acquisition Group

---

**From:** Weis, Martin J. <mweis@dilworthlaw.com>
**Sent:** Friday, March 26, 2021 10:35 AM
**To:** bud@streamacquisitiongroup.com
**Cc:** Aaronson, Anne M. <aaaronson@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; raja@streamacquisitiongroup.com; 'Dan Rink' <dan.rink@vti-global.com>; 'Mathu Rajan' <mathu@streamacquisitiongroup.com>
**Subject:** RE: 341 Appearance?

Bud,
The plan is still to have you testify.
Please suggest a convenient time to go over the materials with you.  MW

**Martin J. Weis |Dilworth Paxson LLP**
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7136 | Fax: (215) 575-7200
mweis@dilworthlaw.com |www.dilworthlaw.com

---

**From:** bud@streamacquisitiongroup.com [mailto:bud@streamacquisitiongroup.com]

**Sent:** Friday, March 26, 2021 11:49 AM
**To:** Weis, Martin J.
**Cc:** Aaronson, Anne M.; McMichael, Lawrence G.; raja@streamacquisitiongroup.com; 'Dan Rink'; 'Mathu Rajan'
**Subject:** 341 Appearance?

Hi Marty,

A while ago you said you might want me to appear at the 341 hearing next Wednesday. What is your current thinking?

Would be good to have some time to prepare. Thanks.

Best regards,

Bud Robertson
Stream Acquisition Group

[www.DilworthLaw.com](www.DilworthLaw.com)

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email:postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.


[www.DilworthLaw.com](www.DilworthLaw.com)

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email:postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.


[www.DilworthLaw.com](www.DilworthLaw.com)

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email:postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.


[www.DilworthLaw.com](www.DilworthLaw.com)

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.