# EXHIBIT 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**DECLARATION OF MATHU RAJAN IN RESPONSE TO**
**THE PRODUCTION OF DOCUMENTS BY THE DEBTOR PURSUANT TO**
**FED. R. BANKR. P. 2004 AND LOCAL RULE 2004-1**
**(DOCKET NO. 428)**

I, Mathu Rajan, hereby declare under penalty of perjury:

1.      I am the Chief Executive Officer of Stream TV Networks, Inc., ("Stream") and the Chief Executive Officer of Technovative Media, Inc. ("Technovative"), its wholly owned subsidiary (collectively, the "Debtors"), both of which are Delaware corporations and the debtors-in-possession in the above-captioned chapter 11 cases.

2.      On March 15, 2023 (the "Petition Date"), Debtors filed voluntary petitions with the Court in accordance with chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Debtors are planning to resume operating their organizations and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  A request for the appointment of a trustee has been made in these chapter 11

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of  the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

cases (the "Chapter 11 Cases"), but as of this date, no trustee has been appointed and no official committees have been appointed or designated.

3.      I am familiar with the books and records of the Debtors, and all facts set forth herein are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, and information supplied to me by the Debtors' advisors.

4.      I am authorized to submit this Declaration on behalf of the Debtors, and, if called upon to testify, I could and would testify competently to the facts set forth herein.

5.      I am submitting this declaration as a response to the U.S. Trustee's Rule 2004 Examination request for information. Paragraph 15 of Attachment A thereto requested information related to the "relationship of VSI to each of the Debtors, and the Debtors' directors, officers, and employees." [docket no. 428-2]

Relationship between Visual Semiconductor, Inc. ("VSI") and the Debtors

6.      VSI has no direct relationship with Technovative.  VSI's relationship is with Stream TV.

7.      VSI is an investor in Stream TV.  VSI is supplying funds for the reorganization of Stream TV.  VSI is helping to procure customers and purchase orders for Stream TV.

8.      VSI is helping to procure customers for Stream TV.  VSI is supplying purchase order finance for Stream TV.  VSI will buy and sell components (if necessary) to help process orders.

9.      VSI's relationship is mainly with Mathu Rajan.  Some of the shareholders in VSI are also Stream TV shareholders.

10.     Mathu Rajan is the sole officer and director of Technovative. He is also founder and the director of VSI but VSI board created a special committee – of which Mathu is not a part – for activities related to Technovative so that conflicts of interest are eliminated.

11.     Technovative has employees downstream in its subsidiaries, but they have no relationship with VSI at this time.

12.     Mathu Rajan is the sole director of Stream. He is also founder and director of VSI but VSI board created a special committee – of which Mathu is not part – for activities related to Technovative, so that conflicts of interest are eliminated.

13.     Mathu Rajan is an officer of Stream TV. He is also founder and director of VSI, but VSI board created a special committee – of which Mathu is not part – for activities related to Technovative so that conflicts of interest are eliminated. The only other officer is CFO Thomas Park, who has no relationship with VSI  .

14.     The following people were with Stream TV, went to VSI during the issue with the Chancery Court.  Now that we are in the Bankruptcy process, they are in the process of returning to Stream TV.   Those people are:  Bud Robertson, Suby Joseph, Amanda Gonzales, Nicole Maneen, Sara Brewer, Matt JJ Lo, Lily Wang, Lizzy Zou, Pamela Wang, Wang Ling, Liu Zhen, Jason Xu, Misa Itaya, Jack Wu, Linlin Zu, AJ Yeh, Jeeva Rajan, Rajan Rajan, David Zheng, Grazina Seskeviciute, Cliff Morton, Tracy Rees, Thomas Parks, and Mathu Rajan.  Dan Rink was with Stream TV, and went to VSI during the issue with the Chancery Court.  Dan Rink is staying at VSI as legal counsel.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on December 23, 2023    **Stream TV Networks, Inc.**

            By:

              _____

              Mathu Rajan
            Title:  Chief Executive Officer