**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **Stream TV Networks, Inc.,** *et al*. : | **Bankruptcy No. 23-10763 (DJB)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |
| : | |
| **William A. Homony, in his Capacity as** : | |
| **Chapter 11 Trustee of the Bankruptcy** : | |
| **Estates of Stream TV Networks, Inc.** : | |
| **and Technovative Media, Inc.** : | **Adv. No. 25-00138  (DJB)** |
| : | |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **Rembrandt 3D Holding Ltd., et al.,** : | |
| : | |
| **Defendants.** : | |

**STIPULATION OF DISMISSAL OF CLAIMS INVOLVING RAJA RAJAN**

And now, this 18th day of June 2025, the Trustee, by and through his undersigned counsel,

and Defendant Raja Rajan, *pro se*, hereby stipulate and agree, subject to the approval of the Court,

as follows:

1)    Pursuant to Federal Rule of Civil Procedure 41(a) and (c), applicable to this

adversary proceeding under Federal Rule of Bankruptcy Procedure 7041, all claims raised in the

Trustee's Complaint (Adv. D.I. 1) against Defendant Raja Rajan and all counterclaims raised by

Defendant Raja Rajan against the Trustee (Adv. D.I. 12) are dismissed without prejudice;

2)    Defendant Raja Rajan, who has an interest in certain of the agreements the Trustee

is seeking to avoid/invalidate in this action, agrees to be bound by any determination of this Court

and any appellate courts concerning the subject matter of this action;

3)      Should it subsequently be determined that this matter cannot proceed without Defendant Raja Rajan remaining as a party, Defendant Raja Rajan agrees to the tolling of all statutes of limitation as to any claims brought by the Trustee which are being dismissed herein; and

4)      Defendant Raja Rajan hereby withdraws <u>with</u> prejudice the currently pending Application/Motion to Compel Accounting and Disclosure from Chapter 11 Trustee (Main Case D.I. 1016), Motion to Compel Discovery (Adv. D.I. 15) and Motion for Sanctions (Adv. D.I. 17).

5)      Notwithstanding anything herein to the contrary, Raja Rajan has entered into this stipulation to eliminate the inconvenience and expense of continuing litigation, and without admitting wrongdoing or liability in connection with the Trustee's claims.

/s/ Steven M. Coren
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com

Raja Rajan, Esquire

*Pro Se*

*Special Counsel to the Trustee*

**AND IT IS SO ORDERED.**

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

2