B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

**WEISBERG LAW**
BY: Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Ave.                                    Attorney for Defendants
Morton, PA 19070
(610) 690-0801
Fax (610) 690-0880

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| William A. Homony, in his capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks Inc. and Technovative Media Inc. | : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| | : | |
| Rembrandt 3D Holding Ltd., Visual Semiconductor Inc., Mathu Rajan, Raja Rajan, and Brown and Michaels PC, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Weisberg Law through Matthew Weisberg, Esq., has filed papers with the court to grant leave to withdraw as counsel with an immediate interim stay.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this motion or if you want the court to consider your views on the motion then on or before September 24, 2025, you or your attorney must:

File with the court a written request for a hearing {*or, if the court requires a written*

B20A  (Official Form 20A) (Notice of Motion or Objection) (12/10)

*response*, an answer, explaining your position} at:

> Clerk of Court, Mohung Wong
> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix, Sr., Federal Building and Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

> Matthew Weisberg, Esq.
> Weisberg Law
> 7. South Morton Avenue
> Morton, PA 19070
>
> Andrew J. Belli, Esq.
> Steven M. Coren, Esq.
> Coren & Ress, PC
> 2001 Market Street, Suite 3900
> Philadelphia, PA 19103
>
> Edmond M. George, Esq.
> Michael D. Vagnoni, Esq.
> Obermayer Rebmann Maxwell & Hippell, LLP
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA 19102

Attend the hearing scheduled to be held on September 30, 2025, at 1 p.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 09/10/2025                Signature: */s/ Matthew Weisberg*
                                Name: Matthew Weisberg, Esq.
                                Address: 7 S. Morton Ave
                                 Morton, PA 19070