# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al. | : | Bky Case No. 23-10763 (DJB) |
| | : | |
| Debtors. | : | |
| | : | |
| William A. Homony, in his capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks Inc. and Technovative Media Inc. | : : : : | |
| | : | |
| Plaintiff, | : | Adversary No. 25-00138-djb |
| | : | |
| v. | : | |
| Rembrandt 3D Holding Ltd., Visual Semiconductor Inc., Mathu Rajan, Raja Rajan, and Brown and Michaels PC, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this <u>12th</u> day of <u>February</u>, 2026, upon consideration of Weisberg Law, et al, Motion to Withdraw as Counsel, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED, and Weisberg Law is TERMINATED as counsel to Visual Semiconductor, et al., and third-party deponent(s) (and any others).

IT IS SO ORDERED                                      BY THE COURT:

_____
Judge Derek J. Baker