**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| William A. Homony, in his capacity as Chapter 11 Trustee of the Bankruptcy Estate of Stream TV Networks, Inc. and Technovative Media, Inc. | Chapter 11 |
|  | Bky. Case No. 25-00138 (DJB) |
| Plaintiff, | (Jointly Administered) |
| v. |  |
| Rembrandt 3D Holding, Ltd., Visual Semiconductor Inc., Mathu Rajan, Raja Rjan, and Brown and Michaels, PC, | **Adversary Proceeding** |
| Defendants. |  |

## ORDER TO SHOW CAUSE

**AND NOW**, after consideration of Weisberg Law, et al, Motion to Withdraw as Counsel (the "Motion") [Dkt. No. 45], a hearing being held on the Motion on February 12, 2026, an Order Granting Motion to Withdraw as Attorney Weisberg as counsel (the "Order") [Dkt. No 48], and a Notice of Unrepresented Parties Addresses (the "Notice") [Dkt. No. 50] being filed on February 17, 2026 by previous counsel, Matthew Weisberg;

**AND** the Defendant, Visual Semiconductor Inc. (the "VSI Defendant") now without representation of counsel;

**AND**, by virtue of federal law, e.g., 28 U.S.C. §1654, courts having held that a corporation must appear in a federal court through counsel and may not appear pro se. Rowland v. California Men's Colony, 506 U.S. 194, 201–02, (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through

licensed counsel.") (citations omitted); <u>Simbraw, Inc. v. United States</u>, 367 F. 2d 373 (3d Cir.

1966);

Accordingly, it is hereby **ordered** that:

1. On or before April 13, 2026, the VSI Defendant **SHALL** secure replacement counsel or

   otherwise **show cause** why this case should not be dismissed for failure of the VSI Defendant

   to be represented by counsel; and

2. Failure to retain counsel, and or to show cause may result in the Court dropping VSI

   Defendant only in this case pursuant to Fed. R. Civ. P. 21 (as incorporated by Fed. R. Bankr.

   P. 7021) without further notice or hearing.

**Date:  March 25, 2026**

_____
**Derek J. Baker**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Visual Semiconductor, Inc.
30 N. Gould Street, Suite R
Sheridan, WY 82801

Mathu Rajan
Jeeva Rajan
Raja Rajan
1105 William Penn Drive
Bensalem, PA 19020