**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Stream TV Networks, Inc. and** | : | |
| **Technovative Media, Inc.,** | : | **Bky No.  23-10763 (DJB)** |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |
| | : | |
| **WILLIAM A. HOMONY,** *in his capacity* | : | |
| *as Chapter 11 Trustee of the Bankruptcy* | : | |
| *Estates of Stream TV Networks, Inc.* | : | |
| *and Technovative Media, Inc.,* | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Adv. Proc. No. 25-138-DJB** |
| **v.** | : | |
| | : | |
| **Rembrandt 3D Holding Ltd.** *et al*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

# <u>ORDER</u>

**AND NOW,** upon consideration of the Stipulation *of Dismissal* By WILLIAM A.

HOMONY and Between Rembrandt 3D Holding Ltd. and Brown & Michaels, P.C. (the

"<u>Stipulation</u>") [Dkt. No. 54], it is hereby **ORDERED** that:

1. The Stipulation is **APPROVED IN PART** in that the above-captioned adversary

   proceeding is **DISMISSED WITH PREJUDICE** as to Defendants Rembrandt 3D

   Holdings Ltd. and Brown & Michaels, P.C.;

2. The Stipulation is **DENIED IN PART** to the extent it seeks to unilaterally dismiss the

   adversary proceeding as to all other defendants.  Defendants Rajan and Visual

   Semiconductors Inc. ("VSI") have answered [Dkt. No. 31], therefore the Court will not

dismiss the case against them absent their stipulation or separate motion.  See Fed. R.

Civ. P. 41(a); and

3.  Unless separate action is taken as to the remaining Defendants by May 31, 2026, the

Court will issue a Pre-Trial Order as to Defendant Rajan and otherwise proceed as to

Defendant VSI [see Dkt. Nos. 48, 50 & 53] on or after June 1, 2026.

**Date: April 22, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**