**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Stream TV Networks, Inc.,** *et al.* | : | **Bankruptcy No. 23-10763 (DJB)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

| | | |
|---|---|---|
| **William A. Homony, in his Capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks, Inc. and Technovative Media, Inc.** | : | **Adv. No. 25-00138  (DJB)** |
| **Plaintiff** | : | |
| **v.** | : | |
| **Rembrandt 3D Holding Ltd., et al.,** | : | |
| **Defendants.** | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

William A. Homony (the "Trustee"), in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or when referred to with Stream, the "Debtors"), by and through his undersigned counsel, has filed a Motion for Voluntary Dismissal of the above-captioned adversary proceeding (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **May 22, 2026, you or your attorney must file a response to the Motion.** *(see Instructions on next page)*.

3. A hearing on the Motion is scheduled to be held before the Honorable Derek J. Baker, United States Bankruptcy Judge for the Eastern District of Pennsylvania on June 2, 2026, at 1:00 p.m. Unless the court  orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted via: (1) Video Conference using the following link:

ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791 OR (2) in-person participation is also available for this hearing at Courtroom 3, United States Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on this Notice.

### Filing Instructions

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at:

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Steven M. Coren
> Coren & Ress, P.C.
> Two Commerce Square, Suite 3900
> 2001 Market Street
> Philadelphia, PA 19103

Dated: May 8, 2026

2