**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., *et al*. | : | Bankruptcy No. 23-10763 (DJB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| William A. Homony, in his Capacity as Chapter 11 Trustee of the Bankruptcy Estates of Stream TV Networks, Inc. and Technovative Media, Inc. | : | Adv. No. 25-00138  (DJB) |
| Plaintiff | : | |
| v. | : | |
| Rembrandt 3D Holding Ltd., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, upon consideration of Plaintiff's Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the Motion is Granted and that the above-captioned adversary proceeding is DISMISSED WITHOUT PREJUDICE as to Defendants Visual Semiconductor, Inc. and Mathu Rajan, the only remaining Defendants.

BY THE COURT:

Date: **May 29, 2026**

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE